ALTA WEINBERG, Respondent, v. ISIDORE WEINBERG, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. INTERSTATE LAND HOLDING COMPANY, Appellant, v. LAWSON PURDY and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Five separate proceedings — Taxes of 1915-1919.)— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.; Page, J., dissenting.

GUY CROSWELL SMITH, Respondent, v. ISAAC E. CHADWICK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.; Dowling, J., dissenting.

THE CORPORATION OF FREDERICK SCHOLES, Appellant, v. BATTELLE & RENWICK, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT MATICHKA, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

MORRIS SAX, Respondent, v. ARVID SWEDLING, Appellant.— Judgment and order reversed and a new trial ordered, with costs to appellant to abide event, on the ground that the remarks of counsel for plaintiff to the jury in the opening were prejudicial to the rights of the defendant. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

FRED HOLLENDER & COMPANY, Appellant, v. WILFRED L. GUINDON, Respondent, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.

MARKS-ARNHEIM, INC., Appellant, Respondent, v. SIDNEY HILLMAN, Individually and as General President of the AMALGAMATED CLOTHING WORKERS OF AMERICA, an Unincorporated Association, and Others, Respondents, Appellants.— Order modified by striking out the provision that plaintiff waive all claim to relief under the first paragraph of its demand for judgment and amend its complaint by striking out said paragraph, and as so modified affirmed, without costs. No opinion. Settle order on notice; the date for the examination to proceed to be fixed in the order. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.; Smith, J., dissenting and voting to modify by confining the examination to the conspiracy alleged to injure the plaintiff's business.

HERBERT L. McCANN, Respondent, v. SUNBEAM MOTOR CAR COMPANY, LTD., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.; Smith, J., dissenting.

HENRY J. SCHNITZER, Appellant, v. LOUIS M. JOSEPHTHAL and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

HENRY B. CLOSSON and Another, as Executors, etc., of CORNELIUETT SMITH, Deceased, Appellants, v. SUSAN D. GRIFFITH and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke. P. J., Dowling, Smith, Finch and McAvoy, JJ.